Since Twitch has decided to ban "Asshole Clipper powered by AWS" which is integral in the discovery process, the Plaintiff has decided to easily circumvent all Twitch allegedly "security" measures to deliver the first amendment rights the Plaintiff and the world enjoys.